## THE ATLAS NO. 5.

. (Circuit Court of Appeals, Second Circuit. February 9, 1921.)

### No. 161.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty for collision by Walker D. Hines, Director General of Railroads, operating the New York, Ontario & Western Railway, against the Cornell Steamboat Company and the barge Atlas No. 5. Decree for libelant (272 Fed. 171) against the Cornell Steamboat Company, which appeals. Affirmed.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (R. S. Erskine and Harry D. Thirkield, both of New York City, of counsel), for appellant.

Alexander & Ash, of New York City (P. Alexander, of New York City, of counsel), for appellee libelant.

Foley & Martin, of New York City (G. V. A. McCloskey, of New York City, of counsel), for appellee claimant.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.